# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**TIA TACKETT**                                                                                       **PLAINTIFF**

**v.**                          **CASE NO: 4:15CV00729 BSM**

**HEALTH FOR LIFE CLINIC, PLLC, et al.**                                **DEFENDANTS**

## JUDGMENT

Consistent with the order entered separately today, this case is dismissed with prejudice.

IT IS SO ORDERED this 7th day of March 2016.

_____
UNITED STATES DISTRICT JUDGE